## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DONALD WHITE,

        Plaintiff,

v.

STOYANOV & HYMAS d/b/a 411 LOCALS

        Defendant.

Civil No.: 14-CV-03016 (MJD/JSM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff **Donald White and Defendant STOYANOV & HYMAS d/b/a 411 LOCALS** ("Defendant"), through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

                              ATTORNEYS FOR PLAINTIFF

Dated: June 15, 2015          By: s/Christopher P. Martineau
                                          Christopher P. Martineau, Esq. (#329265)
                                          Christopher A. Johnston (#31156X)
                                          JOHNSTON | MARTINEAU, PLLP
                                          2233 Hamline Avenue North, Suite 102
                                          Roseville, MN 55113
                                          Telephone:  (612) 767-7790 x 2
                                          Facsimile:  (612) 379-0480
                                          cmartineau@jmlegal.com

ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| Dated: <u>June 15, 2015</u> | By: <u> s/M. Gregory Simpson</u><br>M. Gregory Simpson, Esq. (#204560)<br>Jennifer M. Zwilling (#389153)<br>Julia J. Nierengarten (#391851)<br>MEAGHER & GEER, PLLP<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 337-9672<br>Facsimile:  (612) 877-3138<br>gsimpson@meagher.com |