## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DONALD WHITE,

        Plaintiff,

v.

STOYANOV & HYMAS *d/b/a 411 LOCALS*

        Defendant.

Civil No.: 14-CV-03016 (MJD/JSM)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the stipulation [Doc. #41] of counsel for Plaintiff and counsel for Defendant, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

Dated: June 16, 2015

s/Michael J. Davis
The Honorable Michael J. Davis
United States District Court Chief Judge